STATE OF NEW JERSEY v. JOSEPH BETHUNE.

November 15, 1988.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for clarification of its

disposition of the "fresh complaint" issues raised in defendant's letter to the Appellate Division dated March 24, 1988.

Jurisdiction is retained.